UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
WATSON, FRED § Case No. 09-47208 JPC
§
Debtor(s) §

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter   of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on         .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/RONALD R. PETERSON_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 09-47208 | Judge: JACQUELINE P. COX | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|
| Case Name: | WATSON, FRED | | | Date Filed (f) or Converted (c): | 12/15/09 (f) |
| | | | | 341(a) Meeting Date: | 01/22/10 |
| For Period Ending: 02/18/13 | | | | Claims Bar Date: | 06/10/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 1004 Oakland Drive, Barrington, IL -- Single famil | 710,000.00 | 294,409.00 | | 0.00 | 294,409.00 | 415,591.00 | 0.00 |
| 2. Cash | 100.00 | 100.00 | | 0.00 | 100.00 | 0.00 | 0.00 |
| 3. Checking account at JPMorgan Chase | 100.00 | 100.00 | | 0.00 | 100.00 | 0.00 | 0.00 |
| 4. R.E. Valuation checking account at 5/3rd | 200.00 | 200.00 | | 0.00 | 200.00 | 0.00 | 0.00 |
| 5. Household goods | 3,000.00 | 3,000.00 | | 0.00 | 3,000.00 | 0.00 | 0.00 |
| 6. Books & pictures | 400.00 | 400.00 | | 0.00 | 400.00 | 0.00 | 0.00 |
| 7. Clothing | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 | 0.00 | 0.00 |
| 8. Wedding ring | 200.00 | 200.00 | | 0.00 | 200.00 | 0.00 | 0.00 |
| 9. Reassure American Life Insurance CO term policy ($ | 200.00 | 200.00 | | 0.00 | 200.00 | 0.00 | 0.00 |
| 10. REA Group Insurance Trust term policy ($500,000.00 | 75.00 | 75.00 | | 0.00 | 75.00 | 0.00 | 0.00 |
| 11. IRA | 120,000.00 | 120,000.00 | | 0.00 | 120,000.00 | 0.00 | 0.00 |
| 12. 100% ownership of Watson Appraisal Group, Inc. (an | 100.00 | 100.00 | | 0.00 | 100.00 | 0.00 | 0.00 |
| 13. a 58% interest in Watson Data LLC (an Illinois LLC | 100.00 | 100.00 | | 0.00 | 100.00 | 0.00 | 0.00 |
| 14. Sole proprietorship -- appraisal business. | 2,000.00 | 2,000.00 | | 0.00 | 2,000.00 | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 09-47208 | Judge: JACQUELINE P. COX | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- | --- |
| Case Name: | WATSON, FRED | | | Date Filed (f) or Converted (c): | 12/15/09 (f) |
| | | | | 341(a) Meeting Date: | 01/22/10 |
| | | | | Claims Bar Date: | 06/10/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. Appraisal license. | 300.00 | 300.00 | | 0.00 | 300.00 | 0.00 | 0.00 |
| 16. Volvo XC90 | 9,900.00 | 9,900.00 | | 0.00 | 9,900.00 | 0.00 | 0.00 |
| 17. Volvo S80 | 12,900.00 | 12,900.00 | | 12,319.00 | 581.00 | 0.00 | 0.00 |
| 18. Contingent residual interest in wife's trust (date | 1.00 | 1.00 | | 0.00 | 1.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.09 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $862,076.00 | $446,485.00 | | $12,324.09 | Gross Value of Remaining Assets $434,166.00 (Total Dollar Amount in Column 6) | $415,591.00 | $0.00 |

_____
Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

January 30, 2012, 12:32 pm. The case ready for closing.

November 28, 2010, 4:03 p.m. Reviewed case file for accounts receivable.


Initial Projected Date of Final Report (TFR): 12/31/12     Current Projected Date of Final Report (TFR): 12/31/12

_____  Date: _____
RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-47208 -JPC | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- |
| Case Name: | WATSON, FRED | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8398 Checking Account |
| Taxpayer ID No: | *******8730 | | |
| For Period Ending: | 02/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 12,166.81 | | 12,166.81 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.50 | 12,159.31 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.75 | 12,151.56 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.49 | 12,144.07 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.74 | 12,136.33 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.04 | 12,118.29 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 12,166.81 | 48.52 | 12,118.29 |
| Less: Bank Transfers/CD's | 12,166.81 | 0.00 | |
| Subtotal | 0.00 | 48.52 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 48.52 | |

Page Subtotals     12,166.81     48.52

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| Case No: | 09-47208 -JPC | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | WATSON, FRED | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0406 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8730 | | | |
| For Period Ending: | 02/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/10/10 | 17 | Pamela D. Watson 1004 Oakland Barrington, Il 60010 | | 1129-000 | 12,319.00 | | 12,319.00 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.17 | | 12,319.17 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,319.47 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,319.78 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,320.08 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,320.39 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,320.70 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,321.00 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,321.31 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.30 | | 12,321.61 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.31 | | 12,321.92 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.31 | | 12,322.23 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.09 | | 12,322.32 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,322.42 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,322.52 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 12,322.63 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,322.73 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,322.83 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,322.94 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,323.04 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,323.14 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.70 | 12,307.44 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,307.54 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.17 | 12,292.37 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,292.47 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.15 | 12,277.32 |

Page Subtotals  12,323.34  46.02

LFORM24  UST Form 101-7-TFR (5/1/2011) *(Page: 6)*  Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit B

| Case No: | 09-47208 -JPC | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | WATSON, FRED | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0406 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8730 | | | |
| For Period Ending: | 02/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,277.43 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.10 | 12,261.33 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,261.43 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.57 | 12,246.86 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,246.96 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.06 | 12,231.90 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 12,232.00 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.54 | 12,216.46 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,216.56 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.52 | 12,201.04 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,201.14 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.50 | 12,186.64 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,186.75 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.98 | 12,170.77 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 12,170.80 |
| 08/09/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 3.99 | 12,166.81 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 12,166.81 | 0.00 |

Page Subtotals 0.75 12,278.07

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| | |
|---|---|
| Case No: | 09-47208 -JPC |
| Case Name: | WATSON, FRED |
| Taxpayer ID No: | *******8730 |
| For Period Ending: | 02/18/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0406  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,324.09 | 12,324.09 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 12,166.81 | |
| | | | Subtotal | | 12,324.09 | 157.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 12,324.09 | 157.28 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********8398 | 0.00 | 48.52 | 12,118.29 |
| Money Market Account (Interest Earn - ********0406 | 12,324.09 | 157.28 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 12,324.09 | 205.80 | 12,118.29 |
| | ================ | ================ | ================ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 18, 2013 |
|---|---|---|---|---|---|---|
| Case Number: 09-47208<br>Debtor Name: WATSON, FRED | | Claim Class Sequence | | | | |
| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
| 000001A<br>050<br>4300-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Priority | Filed 03/19/10 | $0.00 | $5,361.67 | $5,361.67 |
| 000001B<br>050<br>4300-00 | Illinois Department of Revenue<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Unsecured | Filed 03/19/10 | $0.00 | $552.50 | $552.50 |
| 000002<br>070<br>7100-00 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Unsecured | Filed 03/26/10 | $0.00 | $2,114.08 | $2,114.08 |
| 000003<br>070<br>7100-00 | MB Financial Bank, N.A.<br>Brandon R Freud Esq<br>Ruff Weidenaar & Reidy Ltd<br>222 N Lasalle St Suite 700<br>Chicago, IL 60601 | Unsecured | Filed 05/05/10 | $0.00 | $270,417.16 | $270,417.16 |
| | Case Totals: | | | $0.00 | $278,445.41 | $278,445.41 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

                                                                                                                                                      Exhibit D

Case No.: 09-47208 JPC  
Case Name: WATSON, FRED  
Trustee Name: RONALD R. PETERSON  

        Balance on hand                                                                                $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ | $ | $ | $ |
| 000001B | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ | $ | $ | $ |

        Total to be paid to secured creditors                              $_____

        Remaining Balance                                                            $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |

        Total to be paid for chapter 7 administrative expenses               $_____

        Remaining Balance                                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ | $ | $ |
| 000003 | MB Financial Bank, N.A.<br>Brandon R Freud Esq<br>Ruff Weidenaar & Reidy Ltd<br>222 N Lasalle St Suite 700<br>Chicago, IL 60601 | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance       $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE