## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### CHICAGO DIVISION

In re: § 
 § 
WATSON, FRED § Case No. 09-47208 JPC
 § 
　　　　Debtor(s) § 

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　CLERK OF THE U.S. BANKRUPTCY COURT
　　　　　　　　KENNETH S. GARDNER
　　　　　　　　219 S. Dearborn St.
　　　　　　　　Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 05/02/2013 in Courtroom 680,
　　　　　　　　UNITED STATES BANKRUPTCY COURT
　　　　　　　　219 S. Dearborn St.
　　　　　　　　Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/22/2013　　　　　　　　　　By: UNITED STATES BANKRUPTCY
　　　　　　　　　　　　　　　　　　　　　　　　　COURT
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk


*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| WATSON, FRED | § | Case No. 09-47208 JPC |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 12,324.09 |
| and approved disbursements of | $ | 205.80 |
| leaving a balance on hand of[1] | $ | 12,118.29 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ 5,361.67 | $ 5,361.67 | $ 0.00 | $ 5,361.67 |
| 000001B | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | $ 552.50 | $ 552.50 | $ 0.00 | $ 552.50 |
| | Total to be paid to secured creditors | | | $ | 5,914.17 |
| | Remaining Balance | | | $ | 6,204.12 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 1,982.41 | $ 0.00 | $ 1,982.41 |

Total to be paid for chapter 7 administrative expenses   $   1,982.41

Remaining Balance   $   4,221.71

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,361.67 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 272,531.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | $ 2,114.08 | $ 0.00 | $ 32.75 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | MB Financial Bank, N.A.<br>Brandon R Freud Esq<br>Ruff Weidenaar & Reidy Ltd<br>222 N Lasalle St Suite 700<br>Chicago, IL 60601 | $ 270,417.16 | $ 0.00 | $ 4,188.96 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,221.71 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                 Case No. 09-47208-JPC
Fred Watson                                                            Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 2          Date Rcvd: Mar 25, 2013
                              Form ID: pdf006          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2013.
```
db           +Fred Watson,    1004 Oakland Drive,    Barrington, IL 60010-6307
15324335      Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
14845050      Chase Business,    P.O. Box 52188,    Phoenix, AZ 85072-2188
14845051     +Chase Home Finance,    P.O. Box 24714,    Columbus, OH 43224-0714
14845052      D. Patrick Mullarkey,    Tax Division DOJ, P.O. Box 55,    Ben Franklin Station,
               Washington, DC 20044
14845053     +District Counsel,    200 W. Adams,    Chicago, IL 60606-5231
14845055      GMAC Mortgage,    P.O. Box 4622,    Waterloo, IA 50704-4622
14845056     +Illinois Department of Revenue,    100 W Randolph 7th Floor,    Bankruptcy Unit,
               Chicago, IL 60601-3290
15286609      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14845058     +Kanu Panchal M.D.,    4309 Medical Center Dr., #B301,    Mchenry, IL 60050-8439
15531535     +MB Financial Bank, N.A.,    Brandon R Freud Esq,    Ruff Weidenaar & Reidy Ltd,
               222 N Lasalle St Suite 700,    Chicago, IL 60601-1024
14845059     +MBFinancial Bank,    15 E. Prospect,    Mount Prospect, IL 60056-3212
14845060     +Pam Watson,    1004 Oakland Dr.,    Barrington, IL 60010-6307
14845061     +Rescue Eight Paramedic Serv,    P.O. Box 457,    Wheeling, IL 60090-0457
14845062     +United States Attorney,    219 S. Dearborn St.,    Chicago, IL 60604-1708
14845063      University of Chicago,    135 S. LaSalle St.,,    Box 3293,    Chicago, IL 60674-3293
14845066      Wellington Radiology Group,    39006 Treasury Center,    Chicago, IL 60694-9000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14845054      E-mail/Text: cio.bncmail@irs.gov Mar 26 2013 02:00:51     District Director IRS,    230 S Dearborn,
               Chicago, IL 60604
14845057      E-mail/Text: cio.bncmail@irs.gov Mar 26 2013 02:00:51     IRS,    Kansas City, MO 64999
14845064      E-mail/Text: jherndon@uic.edu Mar 26 2013 04:09:02     University of Illinois Medical Cent,
               P. O. Box 12199,    Chicago, IL 60612-0199
                                                                                                TOTAL: 3
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
14845065     ##+Watson Appraisal Group,    1304 W. Northwest High,    Palatine, IL 60067-1855
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2013**              **Signature:**  *Joseph Speetjens*

```
District/off: 0752-1           User: dross              Page 2 of 2             Date Rcvd: Mar 25, 2013
                               Form ID: pdf006          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2013 at the address(es) listed below:

        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Ronald R Peterson    rpeterson@jenner.com,   rpeterson@ecf.epiqsystems.com;docketing@jenner.com
        Timothy M Hughes    on behalf of Debtor Fred  Watson thughes@lavellelaw.com

        TOTAL: 3