# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                   §
                                         §
WATSON, FRED                             §        Case No. 09-47208 JPC
                                         §
              Debtor(s)                  §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/RONALD R. PETERSON
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance P.O. Box 24714 Columbus, OH 43224 | | | | | |
| | GMAC Mortgage P.O. Box 4622 Waterloo, IA 50704-4622 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 3)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Watson Appraisal Group 1304 W. Northwest High Palatine, IL 60067 |  |  |  |  |  |
|  | Watson Appraisal Group 1304 W. Northwest High Palatine, IL 60067 |  |  |  |  |  |
| 000001A | ILLINOIS DEPARTMENT OF REVENUE |  |  |  |  |  |
| 000001B | ILLINOIS DEPARTMENT OF REVENUE |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R. PETERSON |  |  |  |  |  |
| ASSOCIATED BANK |  |  |  |  |  |
| ASSOCIATED BANK |  |  |  |  |  |
| ASSOCIATED BANK |  |  |  |  |  |
| ASSOCIATED BANK |  |  |  |  |  |
| ASSOCIATED BANK |  |  |  |  |  |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | D. Patrick Mullarkey Tax Division DOJ, P.O. Box 55 Ben Franklin Station Washington, DC 20044 | | | | | |
| | District Counsel 200 W. Adams Chicago, IL 60604 | | | | | |
| | District Director IRS 230 S Dearborn Chicago, IL 60604 | | | | | |
| | IRS Kansas City, MO 64999 | | | | | |
| | Illinois Department of Revenue 100 W Randolph 7th Floor Bankruptcy Unit Chicago, IL 60601 | | | | | |
| | United States Attorney 219 S. Dearborn St. Chicago, IL 60604 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Business P.O. Box 52188 Phoenix, AZ 85072-2188 | | | | | |
| | Kanu Panchal M.D. 4309 Medical Center Dr., #B301 Mchenry, IL 60050 | | | | | |
| | MBFinancial Bank 15 E. Prospect Mount Prospect, IL 60056 | | | | | |
| | Rescue Eight Paramedic Serv P.O. Box 457 Wheeling, IL 60090 | | | | | |
| | University of Chicago 135 S. LaSalle St., Box 3293 Chicago, IL 60674-3293 | | | | | |
| | University of Illinois Medical Cent P. O. Box 12199 Chicago, IL 60612-0199 | | | | | |
| | Wellington Radiology Group 39006 Treasury Center Chicago, IL 60694-9000 | | | | | |
| 000002 | CHASE BANK USA NA | | | | | |
| 000003 | MB FINANCIAL BANK, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-47208 | Judge: JACQUELINE P. COX |
| Case Name: | WATSON, FRED | |
| For Period Ending: | 09/10/13 | |

| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 12/15/09 (f) |
| 341(a) Meeting Date: | 01/22/10 |
| Claims Bar Date: | 06/10/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 1004 Oakland Drive, Barrington, IL -- Single famil | 710,000.00 | 294,409.00 | | 0.00 | 0.00 | 415,591.00 | 0.00 |
| 2. Cash | 100.00 | 100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. Checking account at JPMorgan Chase | 100.00 | 100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. R.E. Valuation checking account at 5/3rd | 200.00 | 200.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Household goods | 3,000.00 | 3,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. Books & pictures | 400.00 | 400.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 7. Clothing | 2,500.00 | 2,500.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. Wedding ring | 200.00 | 200.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 9. Reassure American Life Insurance CO term policy ($ | 200.00 | 200.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 10. REA Group Insurance Trust term policy ($500,000.00 | 75.00 | 75.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. IRA | 120,000.00 | 120,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. 100% ownership of Watson Appraisal Group, Inc. (an | 100.00 | 100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. a 58% interest in Watson Data LLC (an Illinois LLC | 100.00 | 100.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. Sole proprietorship -- appraisal business. | 2,000.00 | 2,000.00 | | 0.00 | 0.00 | 0.00 | 0.00 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit 8

| Case No: | 09-47208 | Judge: JACQUELINE P. COX | | | |
|---|---|---|---|---|---|
| Case Name: | WATSON, FRED | | | | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 12/15/09 (f) |
| 341(a) Meeting Date: | 01/22/10 |
| Claims Bar Date: | 06/10/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. Appraisal license. | 300.00 | 300.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 16. Volvo XC90 | 9,900.00 | 9,900.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 17. Volvo S80 | 12,900.00 | 12,900.00 | | 12,319.00 | 0.00 | 0.00 | 0.00 |
| 18. Contingent residual interest in wife's trust (date | 1.00 | 1.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 5.09 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $862,076.00 | $446,485.00 | | $12,324.09 | $0.00 | $415,591.00 | $0.00 |
|---|---|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

March 22, 2013.  TFR filed with the Court.  Hearing on TFR set for May 2, 2013.

January 30, 2012, 12:32 pm.  The case ready for closing.

November 28, 2010, 4:03 p.m.   Reviewed case file for accounts receivable.


Initial Projected Date of Final Report (TFR): 12/31/12        Current Projected Date of Final Report (TFR): 12/31/12


_____   Date: _____
RONALD R. PETERSON

FORM 2                                                                                          Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-47208  -JPC | |
| Case Name: | WATSON, FRED | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8398  Checking Account |

Taxpayer ID No:   *******8730
For Period Ending:   09/10/13

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 12,166.81 | | 12,166.81 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.50 | 12,159.31 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.75 | 12,151.56 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.49 | 12,144.07 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 7.74 | 12,136.33 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.04 | 12,118.29 |
| 05/03/13 | 030001 | Ronald R. Peterson<br>Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Illilnois 60654-3456 | Trustee Compensation<br>Fee Application Allowances | 2100-000 | | 1,982.41 | 10,135.88 |
| * 05/03/13 | 030002 | Illinois Department of Revenue<br>Bankrptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Final distribution | 4300-003 | | 5,361.67 | 4,774.21 |
| * 05/03/13 | 030003 | Illinois Department of Revenue<br>Bankrptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Final distribution | 4300-003 | | 552.50 | 4,221.71 |
| 05/03/13 | 030004 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Final distribution | 7100-000 | | 32.75 | 4,188.96 |
| 05/03/13 | 030005 | MB Financial Bank, N.A.<br>Brandon R Freud Esq<br>Ruff Weidenaar & Reidy Ltd<br>222 N Lasalle St Suite 700<br>Chicago, IL 60601 | Final distribution | 7100-000 | | 4,188.96 | 0.00 |
| * 06/03/13 | 030002 | Illinois Department of Revenue<br>Bankrptcy Section | Final distribution<br>IDR has returned the check. The Debtor paid the taxes | 4300-003 | | -5,361.67 | 5,361.67 |

| | | |
|---|---|---|
| Page Subtotals | 12,166.81 | 6,805.14 |

Ver: 17.03

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                  Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-47208  -JPC | Trustee Name: | RONALD R. PETERSON |
| Case Name: | WATSON, FRED | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8398  Checking Account |
| Taxpayer ID No: | *******8730 | | |
| For Period Ending: | 09/10/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 64338 | outside the plan. Will file an amend TFR. | | | | |
| | | Chicago, IL 60664-0338 | | | | | |
| *  06/03/13 | 030003 | Illinois Department of Revenue | Final distribution | 4300-003 | | -552.50 | 5,914.17 |
| | | Bankruptcy Section | IDR Returned the Check.  The debtor had paid | | | | |
| | | P.O. Box 64338 | outside the Chapter 7. Will file amended Chapter 7 | | | | |
| | | Chicago, IL 60664-0338 | Final report. | | | | |
| 08/20/13 | 030006 | Chase Bank USA NA | Supplemental Distribution | 7100-000 | | 45.88 | 5,868.29 |
| | | PO BOX 15145 | | | | | |
| | | Wilmington, DE 19850-5145 | | | | | |
| 08/20/13 | 030007 | MB Financial Bank, N.A. | Supplemental Distribution | 7100-000 | | 5,868.29 | 0.00 |
| | | Brandon R Freud Esq | | | | | |
| | | Ruff Weidenaar & Reidy Ltd | | | | | |
| | | 222 N Lasalle St Suite 700 | | | | | |
| | | Chicago, IL 60601 | | | | | |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 12,166.81 | 12,166.81 | 0.00 |
| Less:  Bank Transfers/CD's | | 12,166.81 | 0.00 | |
| Subtotal | | 0.00 | 12,166.81 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 12,166.81 | |

Page Subtotals                                                    0.00                5,361.67

Ver: 17.03

FORM 2                                                                                                Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                      Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 09-47208 -JPC | | | Trustee Name: | RONALD R. PETERSON | |
| Case Name: | WATSON, FRED | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | | | | Account Number / CD #: | *******0406  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******8730 | | | | | |
| For Period Ending: | 09/10/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/10/10 | 17 | Pamela D. Watson<br>1004 Oakland<br>Barrington, Il 60010 | | 1129-000 | 12,319.00 | | 12,319.00 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.17 | | 12,319.17 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.30 | | 12,319.47 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,319.78 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.30 | | 12,320.08 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,320.39 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,320.70 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.30 | | 12,321.00 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,321.31 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.30 | | 12,321.61 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,321.92 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.31 | | 12,322.23 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 12,322.32 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,322.42 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,322.52 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 12,322.63 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,322.73 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,322.83 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,322.94 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,323.04 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,323.14 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.70 | 12,307.44 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,307.54 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.17 | 12,292.37 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,292.47 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.15 | 12,277.32 |

Page Subtotals          12,323.34          46.02

Ver: 17.03

FORM 2   Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-47208 -JPC | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | WATSON, FRED | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0406  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******8730 | | | |
| For Period Ending: | 09/10/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,277.43 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 16.10 | 12,261.33 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,261.43 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.57 | 12,246.86 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,246.96 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.06 | 12,231.90 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.10 | | 12,232.00 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.54 | 12,216.46 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,216.56 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.52 | 12,201.04 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,201.14 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 14.50 | 12,186.64 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,186.75 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 15.98 | 12,170.77 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.03 | | 12,170.80 |
| 08/09/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 3.99 | 12,166.81 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 12,166.81 | 0.00 |

Page Subtotals   0.75   12,278.07

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-47208 -JPC

Case Name: WATSON, FRED

Taxpayer ID No: *******8730

For Period Ending: 09/10/13

Trustee Name: RONALD R. PETERSON

Bank Name: BANK OF AMERICA, N.A.

Account Number / CD #: *******0406 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 12,324.09 | 12,324.09 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 12,166.81 | |
| | | | Subtotal | | 12,324.09 | 157.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 12,324.09 | 157.28 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******8398 | 0.00 | 12,166.81 | 0.00 |
| Money Market Account (Interest Earn - *******0406 | 12,324.09 | 157.28 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 12,324.09 | 12,324.09 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.03